IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYLVIA SANTOS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CAPPELLO'S, LLC,<br><br>　　　　　　Defendant. | Case No. 6:21-CV-848 (BKS/ML) |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Sylvia Santos filed the above-referenced case against Defendant Cappello's, LLC on July 28, 2021.

2. Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: August 25, 2021　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　*/s/ Benjamin Sweet*
　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
IT IS SO ORDERED:　　　　　　　　**NYE, STIRLING, HALE & MILLER, LLP**
　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15243
Brenda K. Sannes
U.S. District Judge

Dated: _____August 26, 2021_____　　　*Attorneys for Plaintiff Sylvia Santos*
　　　　　Syracuse, NY